**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION
CASE NUMBER: 11-04507-8-JRL
CHAPTER 13**

IN RE:

  BRIAN RICHARD YORK                        NOTICE OF APPEARANCE PURSUANT
                                            TO BANKRUPTCY RULE 9010 (b) and
                                            REQUEST FOR NOTICES UNDER
                                            BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

   **PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for JPMorgan Chase Bank, National Association successor by merger to Chase Home Finance, LLC, a creditor of the above named Debtor(s).

   **REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
NC Bar # 34199

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Robert R. Browning
Post Office Box 8248
Greenville, NC 27835

Richard Preston Cook
Butler & Butler, LLP
PO Box 38
Wilmington, NC 28402

This the 17th day of June, 2011

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
NC Bar # 34199

11-017214