

2011019809

```
FOR REGISTRATION REGISTER OF DEEDS
        JENNIFER H  MACNEISH
        NEW HANOVER COUNTY, NC
        2011 JUL 22 01 53 22 PM
BK 5575 PG 2470-2472 FEE $17 00
        INSTRUMENT # 2011019809
```

## CORPORATE ASSIGNMENT OF DEED OF TRUST

New Hanover, North Carolina   REFERENCE #:    "YORK"
INVESTOR #: U17

Assignment Prepared on  June 28th, 2011

Assignor  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC , ("MERS") AS NOMINEE FOR ACCREDITED HOME LENDERS, INC  ITS SUCCESSORS AND ASSIGNS at C/O SELECT PORTFOLIO SERVICING, INC  3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT  84115
Assignee  U S  BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N A , AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES  at C/O SELECT PORTFOLIO SERVICING 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT  84115

Executed By  BRIAN R  YORK,  UNMARRIED AND LIONEL SHANE FERNANDO,  UNMARRIED
To  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC  AS NOMINEE FOR ACCREDITED HOME LENDERS, INC  A CALIFORNIA CORPORATION
Date of Deed of Trust  07/26/2005 Recorded  07/27/2005  in Book/Reel/Liber  4880 Page/Folio 3447 as Instrument No   2005041853  In New Hanover County , State of North Carolina

Property Address  208S 3RD STREET, WILMINGTON, NC  28401

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust together with other evidence of indebtedness, said Deed of Trust having an original principal sum of $600,000 00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust

   TO HAVE AND TO HOLD the said Deed of Trust, and also the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust   IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC , ("MERS")
On _____ JUN 2 9 2011 _____
By _____
Jeff Young, Vice President

[MERS CORPORATE SEAL - DELAWARE 1999]

NCSTATE_TRUST_ASSIGN_ASSN *AMJ*AMJAMRC*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Utah
COUNTY OF Salt Lake

On __JUN 2 9 2011__, before me, PAULETTE PLATT, a Notary Public in and for Salt Lake in the State of Utah, personally appeared Jeff Young, Vice President, signing on behalf of Mortgage Electronic Registration Systems, inc , ("MERS"), personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal on __JUN 2 9 2011__

PAULETTE PLATT
Notary Expires 04/19/2015 #608697



PAULETTE PLATT
Notary Public State of Utah
My Commission Expires on:
April 19, 2015
Comm. Number: 608697

(This area for notarial seal)

**Prepared By:** BILL KOCH, SELECT PORTFOLIO SERVICING, INC 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115 801-313-2242
Recording Requested By: RICHMOND MONROE GROUP

When Recorded Return To  Richmond Monroe Group Po Box 458, Kimberling City, Mo 65686

NCSTATE_TRUST_ASSIGN_ASSN *AMJ*AMJAMRC*



## JENNIFER H MACNEISH
## REGISTER OF DEEDS, NEW HANOVER
## 216 NORTH SECOND STREET

## WILMINGTON, NC 28401

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | 07/22/2011 01:53:22 PM |
| **Book:** | RE   5575   Page: 2470-2472 |
| **Document No.:** | 2011019809 |
| | 3 PGS    $17.00 |
| **Recorder:** | CARTER, CAROLYN |

State of North Carolina, County of New Hanover

**PLEASE RETAIN YELLOW TRAILER PAGE WITH ORIGINAL DOCUMENT.**

# *2011019809*

2011019809